55 A.3d 1044

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Ricky L. JONES, Appellee.**

Supreme Court of Pennsylvania.

Oct. 4, 2012.

*ORDER*

PER CURIAM.

**AND NOW**, this 4th day of October, 2012, the appeal is dismissed as having been improvidently granted.

Madame Justice ORIE MELVIN did not participate in the decision of this case.